IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 125-074 |
| | ) | |
| IKECHUKWU MUOMAIFE | ) | |

**O R D E R**

The Court **GRANTS** the Government's Motion to Dismiss, (doc. no. 16), pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Accordingly, the Information is **DISMISSED WITH PREJUDICE**.

SO ORDERED this 22nd day of January, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA